IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OSCAR ORLANDO BARRERA PINEDA, #18940-078 | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:16cv624 CRIMINAL ACTION NO. 4:09cr194(15) |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S INITIAL REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Movant's motion for summary judgment (Dkt. # 22) should be denied. The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such motion, has been presented for consideration. No objections were filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Movant's motion for summary judgment (Dkt. # 22) is **DENIED**

**SIGNED** this 18th day of July, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE